**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THEODORE GOMEZ,                                )
                                               )      Case No. 17 CV 1956
                 Plaintiff,                    )
                                               )      Judge Thomas M. Durkin
        vs.                                    )
                                               )      Magistrate Judge Michael T. Mason
CITY OF CHICAGO and                            )
BRUCE DYKER,                                   )
                                               )
                 Defendants.                   )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed without prejudice with leave to reinstate on or before December 15, 2017, after which time the dismissal will automatically convert to a dismissal with prejudice if a motion to reinstate has not been filed on or before that date, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Amanda S. Yarusso
Attorney for Plaintiff, Theodore Gomez
111 West Washington Street, Suite 1500
Chicago, Illinois 60602
(773) 510-6198
Attorney No. 0286081
FEIN:
DATE: 9/29/2017

Respectfully submitted,
CITY OF CHICAGO, a Municipal Corporation

EDWARD N. SISKEL, Corporation Counsel
Attorney for City of Chicago
BY:_____
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 10/2/17

_____
Victoria R. Benson
Senior Assistant Corporation Counsel
Attorney for Defendant, Bruce Dyker
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
Attorney No. 6282508
DATE: 10/2/2017